Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

Energy Pipe & Equipment Rentals, LLC,

                          **Plaintiff,**

v.

**UNITED STATES,**

                          **Defendant.**

S U M M O N S  1:25-cv-184

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. Energy Pipe & Equipment Rentals, LLC ("Energy Pipe") is a U.S. importer of subject merchandise and is an interested party within the meaning of 19 U.S.C. § 1517(a)(6) and 28 U.S.C. § 2631(k)(1) to U.S. Customs and Border Protection's ("CBP") Enforce and Protect Act ("EAPA") investigation that gave rise to the contested final determination as to evasion. Energy Pipe therefore has standing to commence this action pursuant to 28 U.S.C. § 2631(i).
(Name and standing of plaintiff)

2. Energy Pipe contests CBP's final affirmative determination as to evasion and final affirmative administrative determination under EAPA in Consolidated Case No. 7890.

(Brief description of contested determination)

3. Jul. 2, 2025 final admin determination by CBP, incl. Feb. 24, 2025 determination by TRLED
(Date of determination)

4. N/A because EAPA determinations are not published in the Federal Register
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Lydia C. Pardini
Signature of Plaintiff's Attorney

08/14/2025
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Lydia C. Pardini
Polsinelli PC
1401 I ("Eye") Street, Suite 800
Washington, DC 20005

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
**U.S. Department of Justice**
Civil Division 26 Federal Plaza
Room 346, Third Floor
New York, NY 10278

Director
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20530

Commissioner
**U.S. Customs and Border Protection**
Office of the Chief Counsel
1300 Pennsylvania Avenue, NW
Washington, D.C. 20229